

# NUMBERS 13-09-00652-CR AND 13-09-00653-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS,**                                                **Appellant,**

**v.**

**JASON A. ORTIZ,**                                                  **Appellee.**

---

### On appeal from the 156th District Court
### of Live Oak County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez, and Justices Benavides and Vela
### Memorandum Opinion Per Curiam

Appellant, the State of Texas, by and through its Criminal District Attorney, the Honorable Martha Warner, has filed motions for dismissal of its appeals pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motions and dismiss the appeals. Having dismissed the appeals at appellant's request, no motion for rehearing will be

entertained, and our mandates will issue forthwith.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
18th day of March, 2010.